UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DEVRIES,

Plaintiff,

v.

WELLS FARGO BANK, N.A.

Defendant.
_____/

CASE NO. 1:20-cv-456
HON. ROBERT J. JONKER

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, Eric DeVries, through his counsel, Gabriel S. Sanchez, and advises this District Court that the herein cause of action has been settled. The parties will file dismissal papers with this Court within sixty (60) days and are not in need of mediation.

Respectfully submitted,

**/s/Gabriel S. Sanchez**

Attorney for Plaintiff

**/s/Artin Betpera**

Attorney for Defendant

**Date:** January 5, 2021