UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DeVRIES,

    Plaintiff,

v.

                                  CASE NO. 1:20-CV-456

                                  HON. ROBERT J. JONKER

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On January 5, 2021, the Court issued an order setting a deadline of March 5, 2021, for submission of closing documents (ECF No. 17). The deadline has lapsed with no response and accordingly,

**IT IS ORDERED** this matter is hereby **DISMISSED** without prejudice and without costs.


Dated:    March 8, 2021               /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE